IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MISC. ACTION NO. 1:11-00013-KD-M |
| | ) | |
| ROGER A. MAINOR, | ) | |
| Respondent. | ) | |

**ORDER**

This matter is before the Court on review of the Status Report filed by the Government. (Doc. 11). In the Status Report, the Government "reports to the Court that Respondent appeared before the Internal Revenue Service and complied with the summons. The United States believes that the Court may close this matter." (Id.)

The Court construes the Government's Status Report as a Rule 41(a)(2) Notice of Voluntary Dismissal without prejudice of its previously filed Petition to enforce a tax summons.

Accordingly, it is **ORDERED** that the Notice of Voluntary Dismissal (Doc. 11) is **GRANTED** such that the Government's action against Roger A. Mainor is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **1st** day of **August 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1